_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: CV 24-09123-SRM (BFMx) | Date: April 28, 2025 |
| Title: American Civil Liberties Union Foundation of Southern California v. Federal Bureau of Prisons, et al. | |

Present: **HONORABLE SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**      SCHEDULING ORDER

The court, having reviewed the pleadings, docket, and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), considers this case ready to commence trial proceedings. Notwithstanding the court's Civil Trial Order filed concurrently herewith, the court sets the following schedule:

| | |
|---|---|
| Check one: ☐ Jury Trial or ☒ Bench Trial **[Tuesday at 9:00 a.m.]** | **3/10/2026** |
| Parties' *Estimated* Trial Length | **3 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 2:00 p.m.]** | **2/19/2026** |
| Last Date to **Hear** Motion to Amend Pleadings or Add Parties **[Thursday]** | **PASSED** |
| Fact Discovery Cut-Off | **9/5/2025** |
| Expert Disclosure (Initial) | **9/12/2025** |
| Expert Disclosure (Rebuttal) | **9/26/2025** |
| Expert Discovery Cut-Off | **10/10/2025** |
| Last Date to **Hear** Motions **[Thursday]** | **12/4/2025** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>   Select one: ☐ 1. Magistrate Judge<br>              ☒ 2. Court Mediation Panel | **12/18/2025** |

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: CV 24-09123-SRM (BFMx)                                    Date: April 28, 2025

Title: American Civil Liberties Union Foundation of Southern California v. Federal Bureau of Prisons, et al.

| | |
|---|---|
| ☐ 3. Private Mediation | |
| Trial Filings (first round)[1]<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | **12/31/2025** |
| Trial Filings (second round)[2]<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **1/15/2026** |

**cc: ADR**                                                Initials of Deputy Clerk:  mku

---

[1] The parties are advised that if a discrepancy exists between the Court's Civil Standing Order and this Scheduling Order, as they pertain to deadlines for motions *in limine*, this Scheduling Order shall control.

[2] The parties are advised that if a discrepancy exists between the Court's Civil Standing Order and this Scheduling Order, as they pertain to deadlines for motions *in limine*, this Scheduling Order shall control

_____